IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SACRED HEART HEALTH
SYSTEMS, INC., et al.,
    Plaintiffs,

v.                                          Case No. 3:07cv62/MCR/EMT

HUMANA MILITARY HEALTHCARE
SERVICES, INC.,
    Defendant.
_____/

**ORDER**

        This cause is before the court upon Plaintiff Phoebe Putney Memorial Hospital, Inc.'s Motion Compelling Answers to Interrogatories and Supporting Memorandum (Doc. 106); Plaintiff Sacred Hearth Health Systems, Inc.'s Motion Compelling Answers to Interrogatories and Supporting Memorandum (Doc. 107); Plaintiff Our Lady of the Lake Hospital, Inc.'s Motion Compelling Answers to Interrogatories and Supporting Memorandum (Doc. 108); Plaintiff Southern Baptist Hospital of Florida, Inc.'s Motion Compelling Answers to Interrogatories and Supporting Memorandum (Doc. 109); Plaintiff Baptist Medical Center of the Beaches, Inc.'s Motion Compelling Answers to Interrogatories and Supporting Memorandum (Doc. 110); Plaintiff St. Vincent's Health System, Inc.'s Motion Compelling Answers to Interrogatories and Supporting Memorandum (Doc. 111); and Plaintiffs' Motion Compelling Answers to Interrogatories Related to Defendant's Alleged Counterclaim Damages and Supporting Memorandum (Doc. 112) (collectively "Plaintiffs' motions").  Before the court rules on Plaintiffs' motions, Defendant shall have an opportunity to respond.

Accordingly, it is **ORDERED**:

Defendant shall respond to Plaintiffs' motions on or before **THURSDAY, DECEMBER 7, 2007**. Prior to responding, Defendant shall fully review this court's "Order Concerning Discovery Disputes," which will be issued by separate order on today's date.

**DONE AND ORDERED** this 30th day of November 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**