**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SACRED HEART HEALTH
SYSTEM, INC., et al,

     Plaintiffs,

vs.                                  CASE NO.: 3:07cv62/MCR/EMT

HUMANA MILITARY HEALTHCARE
SERVICES, INC.,

     Defendant.

_____/

**O R D E R**

     An evidentiary hearing was held in this matter commencing June 16, 2008.  A transcript of the proceedings has been prepared and defendant has filed a Notice of Intent to Request Redaction of Transcript.  (Doc. 215).  Defendant suggests that various portions of the transcript contain confidential information which is subject to the Unopposed Protective Order issued September 25, 2007.  Defendant also suggests certain exhibits admitted into evidence at the hearing also contain confidential information subject to the Protective Order.  Upon consideration, the court will seal the entire transcript of the evidentiary hearing and exhibits identified as confidential.  Accordingly, it is

     ORDERED:

     1.     The clerk shall seal the entire transcript of the evidentiary hearing commencing June 16, 2008, through June 18, 2008.

     2.     The clerk shall seal the following exhibits admitted into evidence at the evidentiary hearing:

     Plaintiffs' Exhibits: 1 - 5, 9 - 12, 17, 20, and 37;

Defendant's Exhibits: 1 - 145, 164, 168 - 170, 173, 183, 187, 192, 193, 265 - 268, and 287.

DONE and ORDERED this 3rd day of July, 2008.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**