UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SACRED HEART HEALTH SYSTEM, INC.,**
**ST. VINCENT'S HEALTH SYSTEM, INC.,**
**SOUTHERN BAPTIST HOSPITAL OF FLORIDA, INC.**
d/b/a Baptist Medical Center and Wolfson Children's Hospital,
**BAPTIST MEDICAL CENTER OF THE BEACHES, INC.**
d/b/a Baptist Medical Center Beaches,
**BAPTIST MEDICAL CENTER OF NASSAU, INC.**
d/b/a Baptist Medical Center Nassau,
**OUR LADY OF THE LAKE HOSPITAL, INC.**
d/b/a Our Lady of the Lake Regional Medical Center, and
**PHOEBE PUTNEY MEMORIAL HOSPITAL,**
**INC.**,
on their own behalf and on behalf of all
**CLASS MEMBERS** similarly situated,

      **Plaintiffs,**

v.

**Class Representation**
**Case No. 3:07cv62/MCR**

**HUMANA MILITARY HEALTHCARE**
**SERVICES, INC.,**

      **Defendant**.
_____/

**O R D E R**

    Pending in this case are Defendant's motion for partial stay, Plaintiff's proposed class notice, Defendant's renewed motion to strike class claims, and Defendant's motion to file objections to the proposed class notice.  (Respectively, docs. 239, 244, 245, and 247).

Having reviewed the parties' recent filings and considered the posture of this case,[1] the court is persuaded that for reasons of judicial economy and efficient management of its docket, this case should be STAYED in its entirety until such time as the court rules on Defendant's motion to strike class claims.[2]  As the court therefore need not address Defendant's motion for partial stay, that motion shall be denied as moot.  The court's consideration of Plaintiff's proposed class notice and Defendant's motion to file objections to the notice will therefore be deferred.

**Accordingly, it is ORDERED:**

1.    For reasons of judicial economy and efficient management of its docket, the court STAYS this matter in its entirety until further notice.

2.    Defendant's motion for partial stay (doc. 239) is DENIED, as moot.

**DONE and ORDERED** this 20th day of November, 2008.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] While it has no bearing on the court's decision to stay this case, the court notes that the Eleventh Circuit recently granted Defendant's petition for permission to appeal the September 25, 2008, class certification order.

[2] The court will rule on the motion to strike class claims as expeditiously as possible.

Case No. 3:07cv62/MCR