UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SACRED HEART HEALTH SYSTEM, INC.;
ST. VINCENT'S HEALTH SYSTEM, INC.;
SOUTHERN BAPTIST HOSPITAL OF FLORIDA,
INC.**, d/b/a Baptist Medical Center and Wolfson
Children's Hospital; **BAPTIST MEDICAL CENTER
OF THE BEACHES, INC.**, d/b/a Baptist Medical
Center Beaches; **BAPTIST MEDICAL CENTER OF
NASSAU, INC.**, d/b/a Baptist Medical center Nassau;
**OUR LADY OF THE LAKE HOSPITAL, INC.**, d/b/a
Our Lady of the Lake Regional Medical Center; and
**PHOEBE PUTNEY MEMORIAL HOSPITAL, INC.**,

       **Plaintiffs,**

v.                                             Case No. 3:07cv62/MCR/EMT

**HUMANA MILITARY HEALTHCARE SERVICES,
INC.**,

       **Defendant**.
_____/

## O R D E R

This is a breach of contract action within this court's diversity jurisdiction. 28 U.S.C. § 1332. The plaintiff hospitals allege that Defendant Humana Military Healthcare Services, Inc. ("Humana"), a health maintenance organization, systematically underpaid them for medical services they provided under a federal program, in breach of their individual network provider agreements. The plaintiffs, on behalf of approximately 260 hospitals in six states, filed a motion for class certification pursuant to Federal Rule of Civil Procedure 23, which this court granted (doc. 233). Humana filed an interlocutory appeal of the class

certification order, and a panel of the United States Court of Appeals for the Eleventh Circuit reversed the order granting class certification. The case has now been remanded to this court from the Eleventh Circuit for further proceedings.

This court held a status conference in this matter on April 28, 2010, for the purpose of discussing case management and scheduling issues. Present were Russell Van Sickle and James "Nix" Daniel for the plaintiffs; and Charles Trippe, K. Lee Blalack, II, William Buffaloe, and John Merting for the defendant. At the hearing, the following matters were discussed and agreed upon:

1. The stay of this case pending interlocutory appeal is now dissolved.

2. Plaintiffs shall have sixty (60) days, that is, until June 29, 2010, in which to file a motion to amend the complaint seeking to join additional plaintiffs.

3. Defendant shall have thirty (30) days from the filing date of the motion in which to file a response to the motion to amend.

4. Following the disposition of that motion, the court will set another Rule 16 status conference hearing for the purpose of establishing a final scheduling order for the case.

**DONE AND ORDERED** this 29th day of April, 2010.

      s/ *M. Casey Rodgers*
      **M. CASEY RODGERS**
      **UNITED STATES DISTRICT JUDGE**