IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SACRED HEART HEALTH SYSTEM,
INC., et al.,

    Plaintiffs,

v.                                                          Case No. 3:07cv62MCR/EMT

HUMANA MILITARY HEALTHCARE
SERVICES, INC., a Delaware corporation,

    Defendant.
_____/

## ORDER

    This cause comes on for consideration upon the Special Master's Report and Recommendation dated May 23, 2011 (Doc. 401).  The Order Appointing Pretrial Special Master provides that the parties have twenty-one (21) days in which to file objections to any order or report or recommendation issued by the Special Master.  (Doc. 346, ¶ D.)  The court reviews procedural matters for an abuse of discretion.  The matter at hand involves a simple extension of time in which to file a response to a motion to compel.  The court finds no abuse of discretion in the decision to extend the time as discussed by the Special Master and finds no just reason to await objections before ruling because it is simply a matter of scheduling within the court's discretion.  Having considered the Special Master's Order and Report and Recommendation, the court determines that the Report and Recommendation portion (¶ 6C) should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Special Master's Report and Recommendation (doc. 401, ¶ 6C) is adopted and incorporated by reference in this order.

    2.    The Plaintiffs' deadline for responding to the Defendant's Motion to Compel (doc. 400) is therefore extended to fourteen (14) days after entry of the Special Master's "Agreed Order," which shall be filed after the June 7, 2011, conference between the

parties, as discussed in Doc. 401.

**DONE AND ORDERED** this 25th day of May, 2011.


*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

*Case No: 3:07cv62/MCR/EMT*