IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SACRED HEART HEALTH SYSTEM, INC.,**
et al.,

        Plaintiffs,

v.                                                           Case No. 3:07cv62/MCR/EMT

**HUMANA MILITARY HEALTHCARE
SERVICES, INC.,**

        **Defendant**.
_____/

# O R D E R

Pending before the court is the Special Master's Report and Recommendation dated December 8, 2011 (doc. 572), recommending an amendment to the court's Order on Discovery and Pretrial Plan (doc. 376).  The court finds that it is in the interest of justice to forgo the 21-day objection period on the Special Master's advice that the parties have agreed no objections will be filed to this Report and Recommendation and that time is of the essence.  Therefore, having fully considered the matter, the court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation (doc. 572) is adopted and incorporated by reference in this order.

    2.    Paragraphs 5 and 7 of the Order on Discovery and Pretrial Plan (doc. 376) are hereby amended as follows:

5. DISCOVERY

    H.    Fact discovery shall conclude on March 2, 2012.

    I.    Motions to Compel shall be filed not later than March 5, 2012.

    J.    Expert disclosures shall be disclosed by April 13, 2012.

    K.    Rebuttal expert reports shall be disclosed by May 14, 2012.

    L.    Expert depositions shall be taken by June 1, 2012.

M. Daubert and/or dispositive motions shall be filed not later than June 15, 2012.

 Responses to Daubert and/or dispositive motions shall be filed not later than June 29, 2012, and any reply memoranda by July 6, 2012.

 The court's reserved hearing date of July 30, 2012 through August 1, 2012, is not altered by these amendments.

\* \* \*

7. PRETRIAL PLAN

A. The parties meet and confer for a trial plan and trial schedule would take place on May 4, 2012.

B. The parties' shall submit proposed trial plans and schedules to the Special Master not later than May 18, 2012.

C. The in-person meeting with the Special Master shall take place by June 8, 2012.

D. The Special Master's proposed trial plan and trial schedule to the Court shall be submitted not later than June 29, 2012.

 These amendments do not change the October 2012 trial docket.

**DONE AND ORDERED** this 8th day of December, 2011.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**