UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SACRED HEART HEALTH SYSTEM,
INC., et al.,

    Plaintiffs,

vs.                            CASE NO.: 3:07CV00062/MCR/EMT

HUMANA MILITARY HEALTHCARE
SERVICES, INC., a Delaware corporation

    Defendant.

## ORDER

Plaintiffs Memorial Hospital of Tampa and Town and Country Hospital, move, with consent of the Defendant, for an extension of time until December 29, 2011 in which to complete the identification, organization and labeling of clinical records pursuant the September 1, 2011 Order on sampling. [Docs. 520 and 579]. [1]

Granting the motion will not materially alter the orderly preparation of this case and Plaintiffs have been gathering clinical records as ordered. These Plaintiffs need a little more time.

For good cause show, the Motion is here **GRANTED**.

**DONE and ORDERED this 16th day of December, 2011.**

                                            */s/ ROBERT P. MURRAIN*
                                            **Robert P. Murrian, Special Master**

---

[1] The undersigned is authorized to hear and determine discovery motions. Order Appointing Pretrial Special Master [Doc. 346 at 3].

1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of December, 2011, a copy of the foregoing Order was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

      */s/ ROBERT P. MURRIAN*
Robert P. Murrian, Special Master
Reeves, Herbert & Murrian, P.A.
2607 Kingston Pike, Suite 130
Knoxville, Tennessee 37919
(865) 540-1977