UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SACRED HEART HEALTH SYSTEM,**
**INC., et al.,**

    Plaintiffs,
v.                                    CASE NO.: 3:07CV00062/MCR/EMT

**HUMANA MILITARY HEALTHCARE**
**SERVICES, INC., a Delaware corporation,**

    Defendant.
_____/

## REPORT AND RECOMMENDATION REGARDING EXTENDING FACT DISCOVERY PERIOD

Before the Special Master is a Joint Motion of the parties to extend the fact discovery deadline from March 2, 2012, to March 30, 2012, and the deadline for motions to compel from March 5, 2012, to April 2, 2012.

For the reasons set forth in the parties' Joint Motion, and for good cause shown, it is hereby **RECOMMENDED** that

1. The fact discovery deadline set forth in Paragraph 5.H of the Court's Order on Discovery and Pretrial Plan (Doc. 376), as amended by Order of December 12, 2011 (Doc. 574), shall be extended from **March 2, 2012**, to **March 30 2012**; and it is further **RECOMMENDED** that

2. The deadline for motions to compel set forth in Paragraph 5.I of the Court's Order on Discovery and Pretrial Plan (Doc. 376), as amended by Order of December 12, 2011 (Doc. 574), shall be extended from **March 5, 2012**, to **April 2, 2012**; and it is further **RECOMMENDED** that

1

3. The parties shall notice any remaining party depositions or notice their intent to serve subpoenas for any remaining non-party depositions no later than **March 2, 2012.** Notwithstanding this deadline, any party may notice a party deposition or notice its intent to serve a subpoena for a non-party deposition after March 2, 2012, if the deponent's identity or materiality was discovered after **February 24, 2012**; and it is further **RECOMMENDED** that

4. None of the other deadlines set forth in the Court's Order on Discovery and Pretrial Plan (Doc. 376), as amended by Order of December 12, 2011 (Doc. 574), shall be altered by this RECOMMENDATION.

ENTERED this 20th day of February, 2012.

*/s/ ROBERT P. MURRIAN*
**ROBERT P. MURRIAN**
**SPECIAL MASTER**

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2012, a copy of the foregoing Report and Recommendation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

*/S/ ROBERT P. MURRIAN*
Robert P. Murrian, Special Master
Reeves, Herbert & Murrian, P.A.
2607 Kingston Pike, Suite 130
Knoxville, Tennessee 37919
(865) 540-1977