IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SACRED HEART HEALTH SYSTEM, INC.,**
et al.,

    **Plaintiffs,**

v.              Case No. 3:07cv62/MCR/EMT

**HUMANA MILITARY HEALTHCARE
SERVICES, INC.,**

    **Defendant**.
_____/

## O R D E R

  Pending before the court is the Special Master's Report and Recommendation dated February 20, 2012 (doc. 616), recommending an amendment to the court's Order on Discovery and Pretrial Plan (doc. 376), as amended by Order of December 12, 2011 (doc. 574).  The court finds that it is in the interest of justice to forgo the 21-day objection period on the parties' agreement.  Having fully considered the matter, the court concludes that the Report and Recommendation should be adopted.

  Accordingly, it is now **ORDERED** as follows:

  1. The magistrate judge's Report and Recommendation (doc. 616) is adopted and incorporated by reference in this order.

  2. The Order on Discovery and Pretrial Plan (doc. 376)  as amended by Order of December 12, 2011 (doc. 574), is hereby amended as follows:

  (a) 5. DISCOVERY:

    H. Fact discovery shall conclude on March 30, 2012.

    I. Motions to Compel shall be filed not later than April 2, 2012.

  (b) The parties shall notice any remaining party depositions or notice their intent to serve subpoenas for any remaining non-party depositions no later than March 2, 2012. Notwithstanding this deadline, any party may notice a party deposition or notice its intent to serve a subpoena for a non-party deposition after March 2, 2012, if the deponent's

identity or materiality was discovered after February 24, 2012, and

    (c)    None of the other deadlines set forth in the Order on Discovery and Pretrial Plan (Doc. 376), as amended by Order of December 12, 2011 (Doc. 574), shall be altered.

**DONE AND ORDERED** this 22nd day of February, 2012.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**